**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **INNOVUS PRIME, LLC,**<br><br>      **Plaintiff,**<br><br>      vs.<br><br>**MITSUBISHI ELECTRIC CORP., MITSUBISHI ELECTRIC VISUAL SOLUTIONS AMERICA, MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC.,**<br><br>      **Defendants)** | **Case No.: 12-cv-751 YGR**<br><br>**ORDER APPOINTING INTERNATIONAL PROCESS SERVER** |

    Plaintiff Innovus Prime, LLC ("Plaintiff") filed its Motion for Appointment of International Process Server on April 4, 2012. (Dkt. No. 11).  Upon review of the Motion, the Court finds good cause to appoint an international process server to serve documents upon Mitsubishi Electric Corporation in Japan.  Accordingly, the Court GRANTS Plaintiff's request and APPOINTS Crowe Foreign Services, 1020 SW Taylor Street, Suite 240, Portland, Oregon 97205, and its agents, as the authority for purposes of serving any and all documents in this case upon Defendant Mitsubishi Electric Corporation by means authorized by the Hague Convention on Service Abroad of Judicial and Extrajudicial Documents in Civil Matters.[1]

    The terminates Docket No. 11.

    **IT IS SO ORDERED.**

Dated: May 2, 2012

                                       **YVONNE GONZALEZ ROGERS**
                                       **UNITED STATES DISTRICT COURT JUDGE**

---

[1] Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds that this motion, which has been noticed for hearing on May 15, 2012, is appropriate for decision without oral argument.  Accordingly, the Court **VACATES** the hearing set for May 15, 2012.