United States District Court
Northern District of California

1
2
3
4
5
6                          **UNITED STATES DISTRICT COURT**
7                          **NORTHERN DISTRICT OF CALIFORNIA**
8
9

| | |
|---|---|
| **INNOVUS PRIME, LLC,** | **Case No.: 12-cv-751 YGR** |
| **Plaintiff,** | **ORDER VACATING AND RESETTING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| **MITSUBISHI ELECTRIC CORP., MITSUBISHI ELECTRIC VISUAL SOLUTIONS AMERICA, MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC.,** | |
| **Defendants)** | |

In light of the Court's Order Appointing International Process Server, and the parties' stipulation to extend time to respond to complaint, the Court **VACATES** the case management conference currently set for May 14, 2012, and **RESETS** the matter for a case management conference on **August 20, 2012**, at 2:00 p.m. in the Oakland Federal Courthouse.

The parties shall file a joint case management conference statement fourteen days in advance of the case management conference date. The statement must include all elements requested in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement."

As set forth in the Court's Standing Order in Civil Cases, these conferences are intended to be substantive and productive. Accordingly, each party shall be represented at the Case Management Conference by counsel with authority to enter into stipulations and make admissions pursuant to Fed.

R. Civ. P. 16(a) and (c), as well as fully prepared to address all of the matters referred to in the CAND CMC Order and Civil L.R. 16-10(b). Failure to do so shall be considered grounds for sanctions.

**IT IS SO ORDERED.**

Date: May 8, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**