**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **INNOVUS PRIME, LLC,**<br><br>    **Plaintiff,**<br><br>    vs.<br><br>**MITSUBISHI ELECTRIC CORP., MITSUBISHI ELECTRIC VISUAL SOLUTIONS AMERICA, MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC.,**<br><br>    **Defendants.** | Case No.: 12-cv-751 YGR<br><br>**ORDER CONTINUING COMPLIANCE HEARING** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

In light of the parties' joint request to continue the compliance hearing to finalize settlement documents (Dkt No. 37), the compliance hearing currently set for Friday, October 26, 2012, is **RESET** to **November 30, 2012,** on the Court's 9:01a.m. Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California in Courtroom 5.

No later than five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

**IT IS SO ORDERED**.

Dated: October 23, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**