UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVUS PRIME LLC,<br><br>  Plaintiff,<br><br>v.<br><br>MITSUBISHI ELECTRIC CORPORATION; MITSUBISHI ELECTRIC VISUAL SOLUTIONS AMERICA; and MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC., et al.,<br><br>  Defendants. | Case No. 4:12-cv-00751-YGR<br><br>**ORDER OF DISMISSAL** |

In consideration of the parties' Stipulated Motion for Dismissal filed jointly by Plaintiff INNOVUS PRIME LLC ("Plaintiff"), and Defendants, Mitsubishi Electronic Visual Solutions America, Inc. and Mitsubishi Digital Electronics America (Defendants), the Stipulated Motion for Dismissal is GRANTED, and it is hereby ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by Plaintiff against Defendants are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees, expenses, and costs are to be borne by the party that incurred them.

SO ORDERED.

Date: November 26, 2012

_____
The Honorable Yvonne ~~Gonzales~~ Rogers
U.S. District Court Judge
YVONNE GONZALEZ ROGERS

la-1191708